**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**AVERY BYNUM**                                                                 **PLAINTIFF**

 **VS.**                          **CASE NO.   3:24-CV-00148-DPM**

**FRITO LAY TRANSPORTATION AND  PEPSICO**                     **DEFENDANTS**

**<ins>ORDER</ins>**

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 3rd day of September, 2024.

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK


By:   J. Kornegay _____
           Deputy Clerk