IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AVERY BYNUM**                                                                                          **PLAINTIFF**

v.                                    No. 3:24-cv-148-DPM

**FRITO LAY TRANSPORTATION**
**and PEPSICO**                                                                                        **DEFENDANTS**

## ORDER

1. Bynum's application to proceed *in forma pauperis*, Doc. 1, is denied without prejudice. He lists an employer, Globmax Express, but hasn't identified his wages. He also hasn't addressed any financial obligations or dependents.

2. Bynum must submit a completed application and certified calculation sheet by 1 November 2024. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

3. The Court directs the Clerk to mail Bynum an *in forma pauperis* application with a copy of this Order. Service is not proper at this time.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 October 2024