IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AVERY BYNUM**                                                      **PLAINTIFF**

v.                           No. 3:24-cv-148-DPM

**FRITO LAY TRANSPORTATION**
**and PEPSICO**                                                      **DEFENDANTS**

## ORDER

Bynum hasn't paid the filing fee, and the time to do so has passed. *Doc. 6.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2024