IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AVERY BYNUM                                                                                    PLAINTIFF

v.                             No. 3:24-cv-148-DPM

FRITO LAY TRANSPORTATION
and PEPSICO                                                                                  DEFENDANTS

## JUDGMENT

Bynum's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2024